UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

Barbara Little et al.,
    Plaintiffs,

v.                                                    Consolidated Civil Nos. 12-2228-JTF-cgc
                                                             13-2711-JTF-cgc

United States
    Defendant.

_____

NOTICE OF SETTLEMENT
_____

       Pursuant to Local Rule 83.13, the parties give notice that this matter has been settled. The parties anticipate the prompt preparation and execution of a fully expressed settlement agreement, after which the parties will be seeking a stipulated dismissal of these consolidated actions.

                                                  Respectfully submitted,

                                                  Edward L. Stanton III
                                                  United States Attorney

                                                  s/ William W. Siler (BPR #7194)
                                                  Assistant United States Attorney
                                                 167 North Main Street, Suite 800
                                                 Memphis, Tennessee 38103
                                                 Telephone (901) 544-4231
                                                 bill.siler@usdoj.gov
                                                 Counsel for the Defendant

                                                 s/ Louis P. Chiozza, Jr. (BPR #8871)
                                                 Chiozza Law Firm
                                                 230 Adams Avenue
                                                 Memphis, TN  38103
                                                 (901) 526-9494
                                                 lou@chiozzalaw.com
                                                 Counsel for the Plaintiffs

2

CERTIFICATE OF SERVICE

      I, William W. Siler, Assistant U.S. Attorney, certify that the foregoing has been electronically filed on this date.  I further certify that to the best of my knowledge, a true and correct copy of the foregoing, along with a Notice of Electronic Filing, will be served electronically through the Court's ECF system to Louis P. Chiozza, Jr., attorney for Plaintiffs.

      s/ William W. Siler
      Assistant U.S. Attorney

      Date:  October 31, 2014